# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE WAIVER OF PRELIMINARY** |
| | ) | **HEARING** |
| vs. | ) | |
| | ) | |
| Andrew Demaree, | ) | |
| | ) | Case No. 1:06-cr-033 |
| Defendant. | ) | |

On October 10, 2006, Defendant made his initial appearance on a complaint charging him with unlawful possession of a sawed-off shotgun. Attorney Paul Emerson appeared on the government's behalf. Federal Public Defender Orell Schmitz was appointed as defense counsel and appeared on Defendant's behalf.

Defendant waived his right to a preliminary hearing. The court finds that Defendant, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived his right to a preliminary hearing

Accordingly, the court **ORDERS** that the defendant be bound over to the United States District Court to answer to the charges set forth in the complaint. In addition, the court **ORDERS** that Defendant be committed to the custody of the Attorney General pending transport to Bismarck, North Dakota, by the United States Marshals Service.

Dated this 5th day of October, 2006.

/s/ Charles S. Miller, Jr  
Charles S. Miller, Jr.  
United States Magistrate Judge